UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BILLY CHAMBERS,

    Plaintiff,

-vs-                                            CASE NO.:  1:17-CV-00225-MW-GRJ

CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, BILLY CHAMBERS, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, BILLY CHAMBERS, and Defendants, CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                    Respectfully submitted,

                                    /s/Octavio Gomez, Equire

                                    Octavio "Tav" Gomez
                                    Florida Bar #: 0338620
                                    Morgan & Morgan, Tampa, P.A.
                                    201 North Franklin Street, 7th Floor
                                    Tampa, FL 33602
                                    Telephone: (813) 225-5505
                                    Facsimile:  (813) 559-4845
                                    ogomez@forthepeople.com
                                    Secondary: jsherwood@forthepeople.com
                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, 2018, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings, and of which are listed below:

/s/Octavio Gomez, Equire

Octavio "Tav" Gomez
Florida Bar #: 0338620
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 225-5505
Facsimile:  (813) 559-4845
ogomez@forthepeople.com
Secondary: jsherwood@forthepeople.com
Attorney for Plaintiff