UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BILLY CHAMBERS,

    PLAINTIFF

VS                                                   Case No. 1:17-cv-225 MW-GRJ

CAPITOL ONE BANK (USA)
NATIONAL ASSOCIATION,

    DEFENDANT.

## JUDGMENT

Ordered and Adjudged that the parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                    JESSICA J. LYUBLANOVITS, CLERK

April 25, 2018                      s/ Blair K. Patton
DATE                             Deputy Clerk: Blair K. Patton